John Jay Henderson, of Burlington, N. C., for appellant.

E. L. Gavin, U. S. Atty., of Greensboro, N. C.

PER CURIAM.

Case docketed and dismissed on motion of appellee.

TAYLOR MOTOR TRUCK COMPANY and H. C. De Ran v. H. G. BURFORD COMPANY and the Lauth-Juergens Motor Car Company.

No. 5804.

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1930.

Frank S. Monnett, of Columbus, Ohio, and David B. Love, of Fremont, Ohio, for appellants.

Brown & Sanger, of Toledo, Ohio, for appellees.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellees.

TAYLOR MOTOR TRUCK COMPANY and H. C. De Ran v. H. G. BURFORD COMPANY and the Lauth-Juergens Motor Car Company.

No. 5803.

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1930.

Frank S. Monnett, of Columbus, Ohio, and David B. Love, of Fremont, Ohio, for appellant.

Brown & Sanger, of Toledo, Ohio, for appellees.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellees.

TAYLOR MOTOR TRUCK COMPANY and H. C. De Ran v. H. G. BURFORD COMPANY, the Lauth-Juergens Motor Car Company, L. C. Worst, Adm'r, etc., and Vonda G. Worst, Adm'x, etc.

No. 5802.

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1930.

Frank S. Monnett, of Columbus, Ohio, and David B. Love, of Fremont, Ohio, for appellant.

Brown & Sanger, of Toledo, Ohio, for appellees.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellees.

TAYLOR MOTOR TRUCK COMPANY and H. C. De Ran v. H. G. BURFORD COMPANY the Lauth-Juergens Motor Car Company, John S. Pratt, and W. J. Mead.

No. 5801.

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1930.

Frank S. Monnett, of Columbus, Ohio, and David B. Love, of Fremont, Ohio, for appellants.

Brown & Sanger, of Toledo, Ohio, for appellees.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellees.